# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

In Re Genesisintermedia, Inc. Litigation,

                              **ORDER**

                              Civil No. 03-3471 (RHK/AJB)

--------------------------------------------------------------------------

James P. Stephenson, in his capacity as trustee for
the estate of MJK Clearing, Inc.,

              Plaintiff,          Civil No. 02-4845 (RHK/AJB)
        -v.-

Deutsche Bank AG et al.,

              Defendants.
--------------------------------------------------------------------------

Stockwalk Group, Inc., et al.,

              Plaintiffs,        Civil No. 04-4164 (RHK/AJB)
        -v.-

Deutsche Bank AG et al.,

              Defendants.
--------------------------------------------------------------------------

Ferris, Baker Watts, Inc.,

              Plaintiff,
       - v.-                         Civ. No. 02-3682 (RHK/AJB)

Deutsche Bank Securities Limited, et al.,

              Defendants.
--------------------------------------------------------------------------

Wedbush Morgan Securities, Inc.,

                                                  Plaintiff,                Civil No. 03-5198 (RHK/AJB)

      -v.-

Deutsche Bank AG et al.,

                                                  Defendants.

-------------------------------------------------------------------------

CIBC World Markets, Inc.,

                                                  Plaintiff,

                 - v.-                                Civ. No. 04-1469 (RHK/AJB)

Deutsche Bank Securities Limited, et al.,

                                                  Defendants.

_____

      Defendant Breedon's Motion to File an Omnibus Summary Judgment Motion and to Expand Word Count Limits is **GRANTED IN PART** as follows:

      1.  He may file an Omnibus Summary Judgment Motion; and

      2.  The word count limitation applicable to his summary judgment motion is expanded to 24,000 words cumulatively for opening and reply briefs.

Dated:   May 23, 2005

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge