UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Ferris, Baker Watts, Inc.,

                      Plaintiff,                   Civil No. 02-3682 (RHK/AJB)

- v.-

                                             **ORDER**

Deutsche Bank Securities Limited et al.,

                      Defendants.

_____

Pursuant to a Stipulation of the attorneys for Plaintiff Ferris, Baker Watts, Inc. and the attorneys for Defendants Deutsche Bank AG, Deutsche Bank Securities, Inc. and Deutsche Bank Securities Limited and Wayne Breedon, FBW may file in support of its omnibus motion for summary judgment a memorandum of law and a reply memorandum of no more than 24,000 words cumulatively.

Dated:  5/25/05

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge