## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____ )
E*Trade Securities LLC,            )
          )
       Plaintiff,     )    **Civil No. 02-3711 RHK/AJB**
          )
    vs.              )
          )
Deutsche Bank AG et al.,       )
          )
       Defendants.    )
          )
_____ )
E*Trade Securities LLC, as assignee of Fiserv )
Securities, Inc.,           )
          )
       Plaintiff,     )    **Civil No. 03-5311 RHK/AJB**
          )
    vs.              )
          )
Nomura Canada, Inc. et al.,    )
          )
       Defendants.    )
          )
          )
_____ )
Ferris, Baker Watts, Inc.,     )
          )
       Plaintiff,     )
          )    **Civil No. 02-3682 RHK/AJB**
    vs.              )
          )
Deutsche Bank Securities Ltd., et al.,   )
          )
       Defendants.    )
          )
_____ )

## ORDER

Defendant Nomura Securities International, Inc. ("NSI")'s Motion Concerning Word Limits For Motion for Summary Judgment is **GRANTED** as follows:

1.     NSI may file an Omnibus Summary Judgment Motion; and

2.     The word count limitation applicable to NSI's summary judgment motion is expanded to 24,000 words cumulatively for opening and reply briefs.

Dated: May 27, 2005                     s/Richard H. Kyle
                                        The Honorable Richard H. Kyle
                                        United States District Judge