**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| James P. Stephenson, in his capacity as trustee for the estate of MJK Clearing, Inc., | ) ) ) | **Civil No. 02-4845 RHK/AJB** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Deutsche Bank AG et al., | ) ) | |
| Defendants. | ) ) | |
| Ferris, Baker Watts, Inc., | ) ) | **Civil No. 02-3682 RHK/AJB** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Deutsche Bank Securities Limited, et al., | ) ) | |
| Defendants. | ) ) | |
| E*Trade Securities LLC, | ) ) | **Civil No. 02-3711 RHK/AJB** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Deutsche Bank AG et al., | ) ) | |
| Defendants. | ) ) | |
| Wedbush Morgan Securities, Inc., | ) ) | **Civil No. 03-5198 RHK/AJB** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Deutsche Bank AG, et al., | ) ) | |
| Defendants. | ) | |

-2-

| | |
|---|---|
| E*Trade Securities, Inc., ) | **Civil No. 03-5311 RHK/AJB** |
| Plaintiff, ) | |
| vs. ) | |
| Nomura Canada, Inc. et al., ) | |
| Defendants. ) | |
| In re: GenesisIntermedia, Inc. Securities Litigation ) | **Civil No. 03-3471 RHK/AJB** |
| CIBC World Markets, Inc. ) | **Civil No. 04-1469 RHK/AJB** |
| Plaintiff, ) | |
| vs. ) | |
| Deutsche Bank Securities, Inc. et al., ) | |
| Defendants. ) | |
| Stockwalk Group, Inc. ) | **Civil No. 04-4164 RHK/AJB** |
| Plaintiff, ) | |
| vs. ) | |
| Deutsche Bank AG et al., ) | |
| Defendants. ) | |

## **ORDER**

Pursuant to the proposal of certain parties in the above-captioned matters, it is hereby **ORDERED** that the dispositive motion briefing and hearing schedule shall be amended as follows:

1. The deadline for the filing and service of all memoranda (and any accompanying documents) in response to dispositive motions shall be Friday, July 1, 2005;

2. The deadline for the filing and service of all reply memoranda (and any accompanying documents) in support of dispositive motions shall be Friday, July 15, 2005; and

3. The hearing on all dispositive motions shall take place on Friday, August 5, 2005, beginning at 8:00 a.m. in Courtroom 764.


Dated:  June 14, 2005                               s/Richard H. Kyle
                                                                  RICHARD H. KYLE
                                                                  United States District Judge