UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------------------------------------------------------------x
)
Ferris, Baker Watts, Inc., )
)
                                  Plaintiff, )  Civ. No. 02-3682 (RHK/AJB)
        - v.- )
)
Deutsche Bank Securities Limited et al., )
)
                                  Defendants. )
------------------------------------------------------------------------x

## **ORDER**

      Pursuant to a stipulation of the attorneys for Plaintiff Ferris Baker Watts, Inc., Deutsche Bank Securities Limited ("DBSL"), Deutsche Bank A.G. ("DBAG"), Deutsche Bank Securities International ("DBSI"), Wayne Breedon, Wedbush Morgan Securities, Inc. ("Wedbush"), and Class Plaintiffs in the GenesisIntermedia action (the "Class"), DBSL, DBAG, and DBSI may file an omnibus response brief to the motions for partial summary judgment filed against them by FBW, Wedbush and the Class of no more than 24,000 words; FBW may file a single reply brief of up to 10,000 words in support of its motion for partial summary judgment against DBSL, DBAG, DBSI and Wayne Breedon; and the Class may file a reply memorandum of no more than 9,007 in support of its motion for partial summary judgment against DBSL, DBSI and Wayne Breedon.

Dated:    6/22/05                                         s/Richard H. Kyle
                                                             The Honorable Richard H. Kyle
                                                             United States District Judge