UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Ferris, Baker Watts, Inc.,                                    Civil No. 02-3682 (RHK/AJB)

      Plaintiff,
- v.-                                                                         **ORDER**

Deutsche Bank Securities Limited et al.,

      Defendants.
_____

Pursuant to a Stipulation of the attorneys for Plaintiff Ferris, Baker Watts, Inc. ("FBW") and defendants Scott Reed, Nomura Canada, Inc., Nomura Securities International (collectively "Nomura Defendants"), Wayne Breedon ("Breedon"), A.G. Edwards, Deutsche Bank Securities Limited ("DBSL"), Deutsche Bank A.G. ("DBAG"), and Deutsche Bank Securities International ("DBSI"), **IT IS HEREBY ORDERED THAT:**

1.　FBW may file four separate opposition briefs to defendants' summary judgment motions as follows, (1) a single brief related to common issues involving the 1933 Act; (2) a single brief relating to FBW's punitive damage and RICO claims; (3) a brief responding to remaining issues raised by the Nomura Defendants; and (4) a brief responding to remaining issues raised by Breedon; and

2. FBW's consolidated brief on the 1933 Act issues may contain up to 15,000 words.

Dated: June  30 ,2005

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge