UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| Ferris, Baker Watts, Inc., | : |
| Plaintiff, | : |
| -v.- | : Civ. No. 02-3682 (RHK/AJB) |
| Deutsche Bank Securities Limited, et al., | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| James P. Stephenson, in his capacity as trustee for the estate of MJK Clearing, Inc. | : |
| Plaintiff, | : |
| -v.- | : Civ. No. 02-4845 (RHK/AJB) |
| Deutsche Bank AG, et al., | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CIBC World Markets, Inc., | : |
| Plaintiff, | : |
| -v.- | : Civ. No. 04-1469 (RHK/AJB) |
| Deutsche Bank Securities, Inc., et al., | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

Pursuant to a Stipulation of the attorneys for Plaintiffs Ferris, Baker Watts, Inc. and

James P. Stephenson, liquidating trustee of MJK Clearing, Inc. ("Trustee") and Defendants

2

Deutsche Bank AG, Deutsche Bank Securities, Inc. and Deutsche Bank Securities Limited (collectively, "Deutsche Bank"):

IT IS HEREBY ORDERED

All responses to motions to exclude expert testimony, including the response to the noticed motion *in limine* by James P. Stephenson, liquidating trustee of MJK Clearing, Inc. to exclude the testimony of Peter Horowitz, response to the motion by Ferris, Baker Watts, Inc. to exclude the testimony of Peter Horowitz and for joinder in the Trustee's motion and response to the motion by CIBC World Markets, Inc. to exclude, and for joinder in Plaintiffs James P. Stephenson's and Ferris Baker Watts, Inc.'s motions to exclude the expert report and testimony of Peter Horowitz, shall be filed and served on or before **September 1, 2005**, in accordance with the Pretrial Scheduling Order dated May 16, 2005.

Dated:    7/26/05                                   s/Richard H. Kyle
                                                    The Honorable Richard H. Kyle
                                                    United States District Judge

2