**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
_____

| | |
|---|---|
| Ferris, Baker Watts, Inc., | **Notification of Conventional Filing of Nomura Securities International, Inc.'s Memorandum in Opposition to E*Trade Securities, LLC's and Ferris Baker Watts, Inc.'s Motion to Exclude the Expert Testimony of H. Stephen Grace, Jr.** |
| Plaintiff, | |
| vs. | |
| Deutsche Bank Securities Ltd., et al. | |
| Defendants. | Civil No. 02-3682 RHK/AJB |

_____

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Nomura Securities International, Inc.'s Memorandum in Opposition to E*Trade Securities, LLC's and Ferris Baker Watts, Inc.'s Motion to Exclude the Expert Testimony of H. Stephen Grace, Jr.**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_**X**_ Item Under Seal* (Document number of protective order: 226)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
      (Document number of redacted version: ___ )

___ Other (description):

\* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally.  A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).