- 1 -

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

```
-----------------------------------------x
FERRIS, BAKER WATTS, INC.

            Plaintiff,

v.                                            Civ.No.02-3682(RHK/AJB)

DEUTSCHE BANK SECURITIES
LIMITED, et. al.

            Defendants.
-----------------------------------------x
E-TRADE SECURITIES LLC,

            Plaintiff,

v.                                            Civ.No.02-3711(RHK/AJB)

DEUTSCHE BANK AG, et. al.,

            Defendants.
-----------------------------------------x
E-TRADE SECURITIES, as assignee
Of Fiserv Securities, Inc.,

            Plaintiff,

v.                                            Civ.No.03-5311(RHK/AJB)

NOMURA CANADA, INC., et.al.

            Defendants.
-----------------------------------------x
CIBC WORLD MARKETS, INC.,

            Plaintiff,
            v.                                Civil No. 04-1469 (RHK/AJB)

DEUTSCHE BANK AG, et al.,

            Defendants.
-----------------------------------------x
```

- 2 -

```
------------------------------------------x
James P. Stephenson, in his capacity as
Trustee for the estate of MJK Clearing,
Inc.,

                  Plaintiff,

v.                                        Civ.No. 02-4845 (RHK/AJB)

DEUTSCHE BANK AG, et al.,

                  Defendants.
------------------------------------------x
STOCKWALK GROUP, INC. AND MILLER
JOHNSON STEICHEN KINNARD, INC.,

                  Plaintiffs,

v.                                        Civ.No. 04-4164 (RHK/AJB)

DEUTSCHE BANK AG, et al.,

                  Defendants.
------------------------------------------x
WEDBUSH MORGAN SECURITIES, INC.,

                  Plaintiff,

v.                                        Civ.No 03-5198 (RHK/AJB)

DEUTSCHE BANK AG, et al.,

                  Defendants.
------------------------------------------x
```

**DEFENDANT RICHARD EVANGELISTA'S LIST OF
TRIAL WITNESSES**

Evangelista will call at trial the following witnesses:

1.   James Smith – Smith will testify that nothing that Evangelista did while employed at Native Nations was in violation of any rule or law, and that Evangelista's

alleged conduct was merely inconsistent with the internal policy of Native Nations.

Dated: October 18, 2005
       New York, New York

**CAREY & ASSOCIATES LLC**

By */s/ MICHAEL Q. CAREY*
      Michael Q. Carey (MC 1802)
521 Fifth Avenue, Suite 3300
New York, NY 10175-3399
Tel: 212-758-0076
Fax: 212-758-0069

**DOMINIC F. AMOROSA**
521 Fifth Avenue, Suite 3300
New York, NY 10175-3399
Tel: 212-406-7000
Fax: 212-233-7805

**Michael S. Ryan**
**MURNANE CONLIN WHITE & BRANDT**
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Tel: 651-227-9411
Fax: 651-223-5199

**ATTORNEYS FOR RICHARD EVANGELISTA**