# UNITED STATES DISTRICT COURT

_____   DISTRICT OF MINNESOTA   _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Ferris, Baker Watts, Inc.,           :
            Plaintiff,                    Civ. No. 02-3682 (RHK/AJB)
            -v.-            :
Deutsche Bank Securities Limited, et al.,           **DEPOSITION**
            Defendants.         :     **COUNTER DESIGNATIONS**

                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

E*TRADE Securities LLC,                
            Plaintiff,                 :
            -v.-                    Civ. No. 02-3711 (RHK/AJB)
Deutsche Bank AG, et al.,             :
            Defendants.

                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

James P. Stephenson,                    
            Plaintiff,                 :
            -v.-                    Civ. No. 02-4845 (RHK/AJB)
Deutsche Bank AG, et al.,             :
            Defendants.

                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

Wedbush Morgan Securities, Inc.,       :
            Plaintiff,                
                            :    Civ. No. 03-5198 (RHK/AJB)
            -v.-           
Deutsche Bank AG, et al.,             :
            Defendants.

                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

E*TRADE Securities, LLC, as assignee of     
Fiserv Securities, Inc.,               :    Civ. No. 03-5311 (RHK/AJB)
            Plaintiff,                
            -v.-                    :
Nomura Canada, Inc., et al.,            
            Defendants.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CIBC World Markets, Inc., | : |
| Plaintiff, | |
| -v.- | : Civ. No. 04-1469 (RHK/AJB) |
| Deutsche Bank Securities Inc., et al., | |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| Stockwalk Group, Inc., and | : |
| Miller Johnson Steichen Kinnard, Inc., | |
| | : |
| Plaintiffs, | : Civ. No. 04-4164 (RHK/AJB) |
| -v.- | |
| Deutsche Bank AG, et al., | : |
| Defendants. | |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## DEUTSCHE BANK DEFENDANTS'
## DEPOSITION COUNTER DESIGNATIONS


Defendants Deutsche Bank AG, Deutsche Bank Securities Inc., Deutsche

Bank Securities Limited, and Deutsche Bank Canada (collectively, "Deutsche

Bank") respectfully submit the following list of counter designations to be offered

into evidence.[1]  Deutsche Bank reserves the right to amend these designations

based upon the Court's rulings, any deposition designations by other parties, or

evidence presented at trial.

---

[1] The designation below of any testimony containing an objection does not constitute an adoption of the objection by Deutsche Bank.

Dated:  November 15, 2005   **OPPENHEIMER WOLFF & DONNELLY LLP**

By_s/ Michael E. Keyes_____

Michael E. Keyes, Bar No. 193902
Erin J. Minkler, Bar No. 322027
3300 Plaza VII
45 South Seventh Street, Suite 3300
Minneapolis, Minnesota  55402
Telephone:  (612) 607-7000
Facsimile:  (612) 607-7100

and

James H.R. Windels
David B. Toscano
James J. Duffy
Catheryn A. O'Rourke
Christine A. Murtha
Benjamin Allee
Ian R. Rooney
Jenna Kiziah
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4000
Facsimile:  (212) 450-3800

**ATTORNEYS FOR DEFENDANTS
DEUTSCHE BANK AG, DEUTSCHE BANK
SECURITIES INC., DEUTSCHE BANK
SECURITIES  LIMITED,  AND  DEUTSCHE
BANK CANADA**

DEPOSITION COUNTER DESIGNATION OF

Peter Allman-Ward

Deutsche Bank counter designates the following testimony from the deposition
transcript of Peter Allman-Ward taken on January 27, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 528  | 22   | 529          | 2    |
| 529  | 11   | 529          | 18   |
| 536  | 20   | 536          | 25   |

DEPOSITION COUNTER DESIGNATION OF

Maureen Amarante

Deutsche Bank counter designates the following testimony from the deposition transcript of Maureen Amarante taken on January 6, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 98   | 3    | 99           | 3    |
| 99   | 24   | 100          | 13   |
| 101  | 4    | 101          | 20   |
| 102  | 13   | 102          | 19   |
| 104  | 16   | 123          | 13   |
| 138  | 12   | 144          | 10   |

DEPOSITION COUNTER DESIGNATION OF

Leonard Balestrieri

Deutsche Bank counter designates the following testimony from the deposition transcript of Leonard Balestrieri taken on March 9, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 84  | 23 | 85  | 5  |
| 85  | 11 | 85  | 24 |
| 88  | 14 | 89  | 17 |
| 92  | 6  | 92  | 10 |
| 98  | 7  | 99  | 5  |
| 102 | 21 | 104 | 3  |
| 269 | 14 | 272 | 17 |
| 274 | 16 | 276 | 25 |
| 297 | 4  | 302 | 4  |
| 323 | 19 | 324 | 21 |
| 327 | 18 | 327 | 25 |
| 329 | 14 | 330 | 15 |

DEPOSITION COUNTER DESIGNATION OF

Carter Bishop

Deutsche Bank counter designates the following testimony from the deposition transcript of Carter Bishop taken on August 9, 2002:

| Page | Line | Through Page | Line |
|---|---|---|---|
| 68 | 4 | 68 | 6 |

DEPOSITION COUNTER DESIGNATION OF

Thomas G. Brooks

Deutsche Bank counter designates the following testimony from the deposition transcript of Thomas Brooks taken on February 26, 2002:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 132 | 7 | 132 | 22 |
| 181 | 9 | 181 | 15 |
| 209 | 1 | 209 | 7 |
| 209 | 16 | 210 | 6 |
| 233 | 20 | 233 | 23 |
| 257 | 13 | 259 | 17 |
| 260 | 23 | 261 | 15 |
| 262 | 2 | 262 | 12 |
| 263 | 1 | 263 | 7 |

DEPOSITION COUNTER DESIGNATION OF

Thomas G. Brooks

Deutsche Bank counter designates the following testimony from the deposition transcript of Thomas Brooks taken on May 30, 2002:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 43 | 21 | 44 | 11 |
| 44 | 21 | 45 | 3 |
| 62 | 5 | 62 | 20 |
| 63 | 21 | 64 | 17 |

DEPOSITION COUNTER DESIGNATION OF

Thomas G. Brooks

Deutsche Bank counter designates the following testimony from the deposition
transcript of Thomas Brooks taken on January 13, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 491 | 16 | 491 | 21 |
| 491 | 24 | 492 | 14 |
| 492 | 17 | 493 | 10 |
| 493 | 13 | 493 | 23 |
| 494 | 1 | 494 | 9 |

DEPOSITION COUNTER DESIGNATION OF

Dandridge Campbell

Deutsche Bank counter designates the following testimony from the deposition
transcript of Dandridge Campbell taken on January 28, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 43 | 25 | 44 | 11 |
| 54 | 9 | 55 | 6 |

DEPOSITION COUNTER DESIGNATION OF

Gene Chin

Deutsche Bank counter designates the following testimony from the deposition transcript of Gene Chin taken on September 29, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 170  | 16   | 170          | 17   |
| 287  | 18   | 287          | 21   |

DEPOSITION COUNTER DESIGNATION OF

Gene Chin

Deutsche Bank counter designates the following testimony from the deposition transcript of Gene Chin taken on September 30, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 350 | 10 | 350 | 12 |
| 350 | 20 | 350 | 22 |
| 351 | 2 | 351 | 6 |
| 379 | 14 | 379 | 20 |
| 381 | 13 | 381 | 25 |

DEPOSITION COUNTER DESIGNATION OF

Saul Cohen

Deutsche Bank counter designates the following testimony from the deposition transcript of Saul Cohen taken on October 22, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 8 | 11 | 8 | 19 |
| 9 | 5 | 9 | 18 |

DEPOSITION COUNTER DESIGNATION OF

Edwin Connelly

Deutsche Bank counter designates the following testimony from the deposition transcript of Edwin Connelly taken on August 8, 2002:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 55 | 12 | 55 | 25 |
| 83 | 20 | 83 | 24 |
| 96 | 18 | 96 | 21 |
| 128 | 18 | 130 | 18 |
| 151 | 7 | 151 | 24 |

DEPOSITION COUNTER DESIGNATION OF

Edwin Connelly

Deutsche Bank counter designates the following testimony from the deposition transcript of Edwin Connelly taken on December 1, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 40 | 24 | 41 | 20 |
| 141 | 7 | 141 | 11 |
| 142 | 11 | 142 | 14 |
| 142 | 25 | 143 | 7 |
| 168 | 10 | 168 | 14 |
| 168 | 21 | 169 | 2 |
| 169 | 6 | 169 | 12 |
| 170 | 4 | 170 | 12 |
| 173 | 19 | 173 | 20 |
| 174 | 3 | 174 | 12 |
| 206 | 4 | 207 | 25 |
| 274 | 9 | 275 | 25 |
| 289 | 5 | 289 | 22 |
| 302 | 20 | 302 | 21 |

DEPOSITION COUNTER DESIGNATION OF

Edwin Connelly

Deutsche Bank counter designates the following testimony from the deposition
transcript of Edwin Connelly taken on December 2, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 371 | 2 | 377 | 24 |
| 408 | 4 | 408 | 18 |
| 412 | 9 | 412 | 23 |
| 425 | 3 | 426 | 2 |
| 470 | 5 | 470 | 9 |
| 472 | 3 | 472 | 21 |
| 478 | 4 | 478 | 6 |
| 488 | 7 | 488 | 24 |
| 539 | 24 | 540 | 21 |

DEPOSITION COUNTER DESIGNATION OF

James Conti

Deutsche Bank counter designates the following testimony from the deposition transcript of James Conti taken on October 28, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 79 | 2 | 79 | 20 |
| 196 | 11 | 196 | 25 |
| 221 | 18 | 221 | 25 |
| 222 | 17 | 223 | 14 |
| 243 | 8 | 245 | 25 |
| 263 | 15 | 263 | 20 |
| 264 | 4 | 264 | 20 |
| 268 | 15 | 268 | 20 |

DEPOSITION COUNTER DESIGNATION OF

William Edward Curtis

Deutsche Bank counter designates the following testimony from the deposition transcript of William Edward Curtis taken on October 18, 2002:

| Page | | Line | Through Page | | Line |
|------|---|------|--------------|---|------|
| 196 | | 24 | 199 | | 14 |

DEPOSITION COUNTER DESIGNATION OF

William Edward Curtis

Deutsche Bank counter designates the following testimony from the deposition transcript of William Edward Curtis taken on April 19, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 165 | 1 | 166 | 24 |
| 169 | 1 | 169 | 7 |

DEPOSITION COUNTER DESIGNATION OF

Kenneth D'Angelo

Deutsche Bank counter designates the following testimony from the deposition transcript of Kenneth D'Angelo taken on March 26, 2002:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 19   | 1    | 19           | 25   |
| 24   | 17   | 24           | 20   |
| 24   | 23   | 24           | 23   |
| 25   | 13   | 25           | 13   |
| 25   | 15   | 25           | 15   |
| 25   | 19   | 25           | 20   |
| 49   | 14   | 49           | 17   |
| 94   | 24   | 96           | 11   |
| 97   | 10   | 98           | 16   |
| 99   | 16   | 101          | 8    |
| 113  | 22   | 120          | 25   |

DEPOSITION COUNTER DESIGNATION OF

Kenneth D'Angelo

Deutsche Bank counter designates the following testimony from the deposition transcript of Kenneth D'Angelo taken on May 25, 2005:

| Page | Line | Through Page | Line |
|---|---|---|---|
| 224 | 9 | 227 | 6 |
| 227 | 16 | 228 | 22 |
| 232 | 2 | 232 | 7 |
| 232 | 18 | 236 | 4 |
| 237 | 2 | 241 | 15 |
| 245 | 14 | 246 | 6 |
| 246 | 14 | 247 | 3 |
| 249 | 9 | 250 | 9 |
| 250 | 17 | 251 | 10 |
| 251 | 19 | 251 | 25 |
| 252 | 3 | 252 | 9 |
| 252 | 17 | 256 | 4 |
| 257 | 6 | 257 | 17 |
| 258 | 19 | 260 | 24 |
| 261 | 3 | 261 | 8 |
| 261 | 11 | 261 | 17 |
| 261 | 21 | 261 | 21 |
| 263 | 25 | 264 | 3 |
| 264 | 6 | 264 | 6 |
| 269 | 13 | 270 | 11 |
| 270 | 14 | 271 | 17 |
| 271 | 20 | 272 | 10 |
| 272 | 17 | 272 | 22 |
| 273 | 3 | 273 | 9 |
| 273 | 16 | 273 | 19 |
| 274 | 2 | 274 | 13 |
| 274 | 19 | 274 | 23 |
| 275 | 5 | 275 | 9 |
| 275 | 15 | 275 | 19 |
| 275 | 25 | 275 | 25 |
| 308 | 23 | 309 | 14 |
| 309 | 20 | 310 | 2 |
| 310 | 8 | 310 | 12 |
| 310 | 19 | 311 | 2 |
| 311 | 6 | 311 | 14 |
| 311 | 19 | 311 | 25 |
| 312 | 9 | 312 | 15 |
| 312 | 17 | 312 | 20 |
| 313 | 3 | 313 | 9 |

314                    2                    314                    2

DEPOSITION COUNTER DESIGNATION OF

Thomas Deegan

Deutsche Bank counter designates the following testimony from the deposition transcript of Thomas Deegan taken on January 17, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 43 | 7 | 43 | 10 |

DEPOSITION COUNTER DESIGNATION OF

Andrew Deluise

Deutsche Bank counter designates the following testimony from the deposition transcript of Andrew Deluise taken on August 9, 2002:

| Page | Line | Through Page | Line |
|---|---|---|---|
| 13 | 24 | 14 | 8 |
| 14 | 23 | 15 | 17 |
| 16 | 9 | 16 | 24 |
| 18 | 12 | 18 | 19 |
| 19 | 1 | 19 | 7 |
| 22 | 19 | 23 | 1 |
| 23 | 12 | 23 | 14 |
| 24 | 2 | 25 | 12 |
| 31 | 1 | 31 | 18 |
| 32 | 1 | 33 | 2 |
| 38 | 3 | 38 | 7 |
| 38 | 12 | 41 | 3 |
| 47 | 18 | 48 | 25 |
| 50 | 1 | 50 | 4 |
| 53 | 23 | 54 | 10 |
| 54 | 14 | 55 | 3 |
| 55 | 20 | 55 | 24 |
| 70 | 12 | 70 | 19 |
| 73 | 13 | 75 | 8 |
| 96 | 5 | 96 | 12 |
| 105 | 22 | 106 | 15 |
| 106 | 19 | 106 | 22 |
| 110 | 18 | 111 | 1 |
| 116 | 10 | 116 | 14 |
| 119 | 6 | 116 | 19 |

DEPOSITION COUNTER DESIGNATION OF

Andrew Deluise

Deutsche Bank counter designates the following testimony from the deposition transcript of Andrew Deluise taken on November 18, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 21 | 8 | 22 | 8 |
| 35 | 12 | 36 | 14 |
| 37 | 9 | 37 | 14 |
| 52 | 18 | 53 | 6 |
| 57 | 15 | 58 | 24 |
| 73 | 12 | 73 | 19 |
| 74 | 7 | 74 | 11 |
| 88 | 7 | 88 | 14 |
| 89 | 13 | 89 | 18 |
| 89 | 25 | 90 | 5 |
| 90 | 20 | 90 | 25 |
| 93 | 5 | 93 | 25 |
| 95 | 14 | 96 | 16 |
| 97 | 5 | 98 | 13 |
| 98 | 22 | 99 | 8 |
| 126 | 21 | 127 | 7 |
| 127 | 15 | 127 | 17 |
| 134 | 11 | 134 | 13 |
| 134 | 17 | 134 | 20 |
| 144 | 18 | 145 | 14 |
| 146 | 10 | 146 | 15 |
| 146 | 19 | 147 | 4 |
| 147 | 8 | 147 | 25 |
| 148 | 17 | 148 | 20 |
| 149 | 19 | 151 | 19 |
| 155 | 13 | 158 | 3 |
| 160 | 10 | 162 | 18 |
| 163 | 17 | 165 | 8 |
| 165 | 14 | 166 | 6 |
| 166 | 19 | 166 | 24 |
| 168 | 3 | 168 | 8 |
| 168 | 22 | 168 | 24 |
| 169 | 5 | 169 | 7 |
| 169 | 14 | 169 | 17 |
| 169 | 21 | 170 | 2 |
| 172 | 19 | 173 | 7 |
| 173 | 13 | 174 | 14 |
| 174 | 20 | 174 | 25 |
| 176 | 6 | 176 | 9 |

| | | | |
|---|---|---|---|
| 176 | 19 | 176 | 25 |
| 182 | 6 | 183 | 14 |
| 185 | 4 | 185 | 19 |
| 186 | 20 | 187 | 6 |
| 188 | 4 | 188 | 7 |
| 188 | 24 | 189 | 3 |
| 190 | 18 | 192 | 22 |
| 193 | 6 | 193 | 15 |
| 194 | 6 | 194 | 17 |
| 194 | 22 | 195 | 9 |
| 199 | 23 | 200 | 5 |
| 204 | 10 | 204 | 11 |
| 206 | 10 | 206 | 14 |
| 206 | 25 | 207 | 4 |
| 208 | 17 | 211 | 21 |
| 213 | 17 | 214 | 14 |
| 223 | 10 | 223 | 12 |
| 226 | 14 | 226 | 22 |
| 246 | 18 | 246 | 20 |
| 246 | 25 | 247 | 4 |
| 265 | 8 | 265 | 14 |
| 267 | 15 | 268 | 2 |
| 271 | 17 | 272 | 23 |

DEPOSITION COUNTER DESIGNATION OF

Andrew Deluise

Deutsche Bank counter designates the following testimony from the deposition transcript of Andrew Deluise taken on November 19, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 296 | 3 | 296 | 4 |
| 296 | 15 | 296 | 18 |
| 301 | 2 | 301 | 4 |
| 311 | 9 | 311 | 17 |
| 314 | 12 | 314 | 16 |
| 322 | 2 | 322 | 8 |
| 327 | 23 | 327 | 25 |
| 334 | 2 | 334 | 4 |
| 334 | 14 | 334 | 16 |
| 343 | 11 | 343 | 19 |
| 345 | 18 | 346 | 10 |
| 350 | 10 | 350 | 17 |
| 355 | 13 | 355 | 19 |
| 357 | 14 | 357 | 17 |
| 357 | 23 | 358 | 3 |
| 359 | 3 | 361 | 21 |
| 368 | 15 | 368 | 19 |
| 374 | 20 | 374 | 23 |
| 392 | 10 | 392 | 19 |
| 417 | 22 | 418 | 2 |
| 430 | 25 | 431 | 7 |
| 434 | 7 | 435 | 14 |
| 436 | 20 | 436 | 23 |
| 438 | 5 | 438 | 23 |
| 442 | 22 | 443 | 15 |
| 489 | 18 | 489 | 23 |
| 507 | 5 | 507 | 9 |
| 514 | 3 | 514 | 8 |
| 517 | 8 | 517 | 17 |
| 529 | 18 | 530 | 6 |
| 540 | 8 | 540 | 18 |

DEPOSITION COUNTER DESIGNATION OF

Tina DiCarlo

Deutsche Bank counter designates the following testimony from the deposition transcript of Tina DiCarlo taken on September 8, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 69   | 6    | 70           | 12   |
| 71   | 21   | 72           | 5    |
| 72   | 21   | 74           | 4    |
| 82   | 4    | 82           | 14   |
| 89   | 11   | 89           | 17   |
| 199  | 9    | 203          | 2    |
| 206  | 12   | 207          | 13   |
| 217  | 17   | 217          | 21   |

DEPOSITION COUNTER DESIGNATION OF

Tina DiCarlo

Deutsche Bank counter designates the following testimony from the deposition transcript of Tina DiCarlo taken on September 9, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 294 | 3 | 294 | 7 |
| 432 | 20 | 433 | 9 |
| 436 | 20 | 437 | 10 |
| 439 | 3 | 440 | 8 |
| 443 | 13 | 443 | 19 |
| 444 | 19 | 444 | 25 |
| 445 | 14 | 445 | 24 |
| 452 | 14 | 452 | 19 |
| 456 | 6 | 456 | 25 |

DEPOSITION COUNTER DESIGNATION OF

Richard Evangelista

Deutsche Bank counter designates the following testimony from the deposition
transcript of Richard Evangelista taken on February 25, 2002:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 68 | 4 | 68 | 11 |
| 145 | 11 | 146 | 8 |

DEPOSITION COUNTER DESIGNATION OF

Richard Evangelista

Deutsche Bank counter designates the following testimony from the deposition transcript of Richard Evangelista taken on May 21, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 116 | 1 | 116 | 11 |

DEPOSITION COUNTER DESIGNATION OF

Simon Fallon

Deutsche Bank counter designates the following testimony from the deposition transcript of Simon Fallon taken on July 27, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 28 | 11 | 29 | 10 |
| 30 | 16 | 31 | 3 |
| 103 | 14 | 104 | 10 |
| 145 | 22 | 145 | 23 |
| 147 | 13 | 148 | 11 |
| 154 | 15 | 154 | 20 |
| 170 | 14 | 171 | 7 |
| 174 | 11 | 176 | 6 |
| 177 | 22 | 179 | 18 |
| 180 | 4 | 180 | 19 |
| 181 | 8 | 181 | 10 |

DEPOSITION COUNTER DESIGNATION OF

Ilene Fine

Deutsche Bank counter designates the following testimony from the deposition transcript of Ilene Fine taken on August 3, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 79 | 2 | 79 | 9 |
| 118 | 4 | 118 | 17 |

DEPOSITION COUNTER DESIGNATION OF

Michael Firestein

Deutsche Bank counter designates the following testimony from the deposition transcript of Michael Firestein taken on December 8, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 190  | 9    | 190          | 16   |
| 190  | 24   | 191          | 1    |

DEPOSITION COUNTER DESIGNATION OF

John Genovese

Deutsche Bank counter designates the following testimony from the deposition transcript of John Genovese taken on December 8, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 61 | 2 | 61 | 9 |
| 62 | 7 | 63 | 3 |
| 68 | 2 | 68 | 4 |
| 70 | 15 | 70 | 16 |
| 73 | 11 | 73 | 16 |
| 73 | 18 | 73 | 22 |
| 74 | 6 | 74 | 9 |
| 74 | 25 | 75 | 16 |
| 80 | 4 | 80 | 23 |
| 87 | 5 | 87 | 14 |
| 97 | 5 | 97 | 14 |
| 108 | 18 | 109 | 21 |
| 110 | 22 | 111 | 2 |
| 114 | 18 | 114 | 25 |
| 115 | 6 | 115 | 20 |
| 117 | 10 | 117 | 15 |
| 124 | 15 | 124 | 17 |
| 128 | 18 | 129 | 2 |
| 142 | 22 | 143 | 11 |
| 150 | 20 | 150 | 24 |

DEPOSITION COUNTER DESIGNATION OF

Michael Gerard

Deutsche Bank counter designates the following testimony from the deposition
transcript of Michael Gerard taken on April 24, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 25 | 13 | 25 | 17 |
| 34 | 2 | 34 | 7 |
| 35 | 25 | 36 | 5 |
| 36 | 12 | 36 | 15 |
| 47 | 20 | 48 | 5 |
| 49 | 9 | 49 | 11 |
| 52 | 14 | 52 | 24 |
| 53 | 10 | 53 | 15 |
| 69 | 25 | 70 | 24 |
| 96 | 14 | 97 | 6 |
| 158 | 8 | 159 | 3 |
| 236 | 17 | 236 | 24 |

DEPOSITION COUNTER DESIGNATION OF

John A. Giuca

Deutsche Bank counter designates the following testimony from the deposition transcript of John A. Giuca taken on January 10, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 204  | 2    | 204          | 11   |
| 204  | 22   | 205          | 15   |

DEPOSITION COUNTER DESIGNATION OF

John A. Giuca

Deutsche Bank counter designates the following testimony from the deposition transcript of John A. Giuca taken on January 11, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 543 | 3 | 543 | 9 |

DEPOSITION COUNTER DESIGNATION OF

Steven Glauberman

Deutsche Bank counter designates the following testimony from the deposition transcript of Steven Glauberman taken on December 15, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 210 | 9 | 212 | 15 |

DEPOSITION COUNTER DESIGNATION OF

Gregory Gnall

Deutsche Bank counter designates the following testimony from the deposition transcript of Gregory Gnall taken on October 20, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 324 | 12 | 324 | 19 |
| 339 | 6 | 341 | 10 |
| 341 | 17 | 341 | 25 |

DEPOSITION COUNTER DESIGNATION OF

Christopher Halter

Deutsche Bank counter designates the following testimony from the deposition
transcript of Christopher Halter taken on July 17, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 254 | 15 | 255 | 22 |
| 279 | 18 | 280 | 14 |
| 297 | 19 | 298 | 3 |
| 322 | 8 | 323 | 3 |
| 327 | 10 | 327 | 13 |
| 345 | 18 | 346 | 13 |
| 379 | 4 | 379 | 11 |

DEPOSITION COUNTER DESIGNATION OF

Craig Hartman

Deutsche Bank counter designates the following testimony from the deposition transcript of Craig Hartman taken on November 4, 2004:

| Page | | Line | Through Page | | Line |
|------|---|------|--------------|---|------|
| 113 | | 21 | 114 | | 2 |

DEPOSITION COUNTER DESIGNATION OF

Jeffrey Houdek

Deutsche Bank counter designates the following testimony from the deposition transcript of Jeffrey Houdek taken on October 26, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 226 | 13 | 227 | 5 |

DEPOSITION COUNTER DESIGNATION OF

Susan Isquith

Deutsche Bank counter designates the following testimony from the deposition transcript of Susan Isquith taken on September 30, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 35 | 8 | 35 | 21 |
| 37 | 20 | 39 | 5 |
| 40 | 3 | 40 | 6 |
| 46 | 21 | 47 | 10 |
| 57 | 18 | 57 | 24 |
| 89 | 22 | 90 | 10 |
| 91 | 4 | 91 | 8 |
| 106 | 2 | 106 | 25 |
| 107 | 5 | 107 | 21 |
| 108 | 15 | 109 | 5 |
| 109 | 13 | 109 | 22 |
| 110 | 2 | 110 | 9 |
| 110 | 13 | 111 | 3 |
| 118 | 4 | 119 | 9 |
| 119 | 19 | 119 | 25 |
| 120 | 21 | 121 | 14 |
| 129 | 10 | 129 | 19 |
| 132 | 11 | 132 | 16 |
| 134 | 9 | 134 | 16 |

DEPOSITION COUNTER DESIGNATION OF

Susan Isquith

Deutsche Bank counter designates the following testimony from the deposition
transcript of Susan Isquith taken on October 1, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 148 | 13 | 149 | 8 |
| 150 | 13 | 151 | 3 |
| 156 | 17 | 157 | 11 |
| 158 | 5 | 158 | 10 |
| 168 | 21 | 169 | 8 |
| 170 | 9 | 170 | 14 |
| 244 | 12 | 244 | 22 |
| 245 | 5 | 245 | 23 |
| 246 | 20 | 247 | 5 |
| 248 | 11 | 248 | 20 |
| 249 | 10 | 249 | 21 |
| 252 | 18 | 252 | 22 |
| 300 | 14 | 300 | 19 |
| 308 | 1 | 308 | 9 |

DEPOSITION COUNTER DESIGNATION OF

Sean Keogh

Deutsche Bank counter designates the following testimony from the deposition transcript of Sean Keogh taken on October 7, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 52   | 14   | 52           | 15   |
| 56   | 5    | 56           | 8    |
| 207  | 12   | 207          | 15   |
| 208  | 6    | 208          | 8    |
| 225  | 4    | 225          | 16   |

DEPOSITION COUNTER DESIGNATION OF

James Lailey

Deutsche Bank counter designates the following testimony from the deposition transcript of James Lailey taken on July 22, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 38 | 3 | 39 | 3 |
| 45 | 14 | 46 | 9 |
| 58 | 23 | 59 | 17 |
| 71 | 3 | 72 | 7 |
| 72 | 13 | 72 | 23 |
| 76 | 22 | 77 | 3 |
| 86 | 15 | 87 | 20 |
| 112 | 7 | 113 | 10 |
| 131 | 18 | 132 | 12 |
| 163 | 16 | 164 | 13 |
| 166 | 12 | 167 | 4 |
| 172 | 22 | 175 | 17 |
| 215 | 11 | 215 | 20 |
| 218 | 9 | 218 | 12 |
| 218 | 14 | 218 | 23 |

DEPOSITION COUNTER DESIGNATION OF

James Lailey

Deutsche Bank counter designates the following testimony from the deposition transcript of James Lailey taken on July 23, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 316 | 3 | 316 | 4 |
| 316 | 6 | 316 | 8 |
| 324 | 23 | 325 | 16 |
| 331 | 10 | 331 | 13 |
| 331 | 15 | 331 | 18 |
| 380 | 16 | 380 | 19 |
| 388 | 7 | 388 | 22 |
| 500 | 15 | 500 | 24 |

DEPOSITION COUNTER DESIGNATION OF

Robert Lakeman

Deutsche Bank counter designates the following testimony from the deposition
transcript of Robert Lakeman taken on January 21, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 258 | 12 | 258 | 14 |

DEPOSITION COUNTER DESIGNATION OF

Larry Lando

Deutsche Bank counter designates the following testimony from the deposition
transcript of Lawrence Lando taken on March 12, 2003:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 69 | 22 | 72 | 15 |
| 96 | 8 | 97 | 3 |
| 101 | 23 | 102 | 24 |
| 120 | 2 | 120 | 8 |
| 130 | 16 | 130 | 23 |
| 132 | 15 | 133 | 13 |

DEPOSITION COUNTER DESIGNATION OF

Larry Lando

Deutsche Bank counter designates the following testimony from the deposition transcript of Larry Lando taken on February 18, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 21 | 21 | 23 | 3 |
| 38 | 12 | 39 | 11 |
| 50 | 20 | 51 | 16 |
| 51 | 24 | 52 | 15 |

DEPOSITION COUNTER DESIGNATION OF

David Leibowitz

Deutsche Bank counter designates the following testimony from the deposition transcript of David Leibowitz taken on January 25, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 85 | 24 | 92 | 14 |

DEPOSITION COUNTER DESIGNATION OF

Philip Matthews

Deutsche Bank counter designates the following testimony from the deposition transcript of Philip Matthews taken on December 16, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 128 | 4 | 128 | 14 |
| 129 | 12 | 129 | 16 |
| 176 | 15 | 177 | 4 |
| 177 | 12 | 177 | 15 |
| 334 | 24 | 336 | 1 |
| 338 | 20 | 339 | 5 |

DEPOSITION COUNTER DESIGNATION OF

John Maynard

Deutsche Bank counter designates the following testimony from the deposition
transcript of John Maynard taken on February 8, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 46 | 1 | 46 | 13 |
| 244 | 7 | 245 | 25 |
| 250 | 1 | 250 | 3 |
| 270 | 5 | 271 | 10 |

DEPOSITION COUNTER DESIGNATION OF

Michael Brian McCormack

Deutsche Bank counter designates the following testimony from the deposition
transcript of Michael McCormack taken on March 8, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 11 | 21 | 12 | 5 |
| 54 | 9 | 55 | 8 |

DEPOSITION COUNTER DESIGNATION OF

Franklyn McRae

Deutsche Bank counter designates the following testimony from the deposition
transcript of Franklyn McRae taken on July 28, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 53 | 2 | 53 | 24 |
| 54 | 3 | 54 | 10 |
| 55 | 16 | 55 | 18 |

DEPOSITION COUNTER DESIGNATION OF

Paul R. Meehl

Deutsche Bank counter designates the following testimony from the deposition
transcript of Paul R. Meehl taken on November 9, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 179 | 10 | 179 | 20 |

DEPOSITION COUNTER DESIGNATION OF

Michael Morrell

Deutsche Bank counter designates the following testimony from the deposition
transcript of Michael Morrell taken on September 4, 2002:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 41 | 24 | 42 | 9 |
| 109 | 21 | 110 | 1 |
| 113 | 19 | 114 | 5 |
| 155 | 16 | 156 | 13 |
| 166 | 5 | 166 | 8 |
| 167 | 5 | 167 | 12 |

DEPOSITION COUNTER DESIGNATION OF

Michael Morrell

Deutsche Bank counter designates the following testimony from the deposition transcript of Michael Morrell taken on September 23, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 38   | 1    | 38           | 3    |
| 168  | 6    | 168          | 22   |
| 244  | 19   | 245          | 4    |
| 260  | 4    | 260          | 19   |

DEPOSITION COUNTER DESIGNATION OF

Michael Morrell

Deutsche Bank counter designates the following testimony from the deposition transcript of Michael Morrell taken on September 24, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 291  | 20   | 292          | 6    |
| 369  | 20   | 369          | 23   |
| 372  | 6    | 372          | 14   |
| 452  | 24   | 453          | 11   |

DEPOSITION COUNTER DESIGNATION OF

William Mumma

Deutsche Bank counter designates the following testimony from the deposition transcript of William Mumma taken on February 17, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 97   | 3    | 107          | 22   |
| 114  | 13   | 118          | 10   |
| 250  | 5    | 260          | 2    |
| 284  | 5    | 288          | 4    |

DEPOSITION COUNTER DESIGNATION OF

Jean Paul Musicco

Deutsche Bank counter designates the following testimony from the deposition transcript of Jean Paul Musicco taken on December 9, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 25   | 24   | 27   | 11 |
| 49   | 20   | 50   | 8  |
| 57   | 25   | 58   | 4  |
| 74   | 23   | 75   | 8  |
| 96   | 12   | 96   | 23 |
| 98   | 9    | 98   | 16 |
| 132  | 9    | 136  | 19 |
| 144  | 3    | 144  | 23 |
| 145  | 12   | 145  | 25 |
| 151  | 22   | 152  | 5  |
| 152  | 18   | 153  | 23 |
| 183  | 6    | 183  | 22 |
| 184  | 13   | 186  | 3  |
| 186  | 14   | 188  | 4  |
| 194  | 25   | 195  | 24 |
| 201  | 21   | 202  | 13 |
| 202  | 24   | 206  | 3  |
| 206  | 14   | 208  | 2  |
| 216  | 21   | 217  | 6  |
| 231  | 14   | 232  | 4  |
| 232  | 22   | 234  | 10 |
| 236  | 23   | 237  | 6  |
| 237  | 11   | 237  | 14 |
| 244  | 18   | 245  | 4  |
| 252  | 15   | 252  | 21 |
| 252  | 24   | 253  | 8  |
| 254  | 18   | 255  | 3  |
| 257  | 12   | 258  | 17 |
| 259  | 15   | 260  | 3  |
| 264  | 19   | 265  | 10 |
| 266  | 12   | 268  | 3  |
| 269  | 13   | 270  | 16 |
| 272  | 21   | 273  | 24 |
| 280  | 14   | 281  | 7  |
| 288  | 6    | 288  | 13 |

DEPOSITION COUNTER DESIGNATION OF

Jean Paul Musicco

Deutsche Bank counter designates the following testimony from the deposition transcript of Jean Paul Musicco taken on December 10, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 320 | 21 | 321 | 12 |
| 322 | 14 | 322 | 21 |
| 323 | 24 | 324 | 22 |
| 326 | 7 | 327 | 4 |
| 327 | 20 | 328 | 9 |
| 328 | 14 | 328 | 16 |
| 335 | 5 | 335 | 10 |
| 335 | 21 | 336 | 4 |
| 340 | 16 | 340 | 23 |
| 341 | 13 | 341 | 15 |
| 342 | 17 | 342 | 20 |
| 344 | 13 | 344 | 20 |
| 349 | 18 | 350 | 2 |
| 351 | 25 | 354 | 3 |
| 354 | 16 | 355 | 6 |
| 358 | 11 | 358 | 15 |
| 358 | 22 | 359 | 16 |
| 362 | 13 | 362 | 19 |
| 365 | 13 | 366 | 19 |
| 366 | 23 | 367 | 2 |
| 367 | 19 | 367 | 23 |
| 369 | 5 | 369 | 7 |
| 370 | 7 | 371 | 7 |
| 372 | 8 | 372 | 10 |
| 373 | 15 | 374 | 5 |
| 379 | 18 | 380 | 5 |
| 381 | 12 | 381 | 25 |
| 382 | 19 | 383 | 11 |
| 384 | 2 | 384 | 11 |
| 385 | 15 | 386 | 22 |
| 387 | 10 | 388 | 23 |
| 391 | 21 | 391 | 23 |
| 394 | 7 | 394 | 17 |
| 404 | 22 | 404 | 25 |
| 405 | 22 | 406 | 10 |
| 408 | 20 | 409 | 6 |
| 410 | 9 | 410 | 11 |
| 417 | 25 | 418 | 5 |
| 425 | 13 | 426 | 4 |

| | | | |
|---|---|---|---|
| 427 | 2 | 427 | 16 |
| 431 | 5 | 431 | 24 |
| 432 | 22 | 432 | 25 |
| 437 | 22 | 438 | 22 |
| 442 | 8 | 443 | 18 |
| 444 | 2 | 444 | 13 |
| 444 | 16 | 444 | 23 |
| 460 | 2 | 460 | 12 |
| 463 | 4 | 463 | 19 |
| 481 | 21 | 482 | 7 |
| 483 | 17 | 483 | 19 |
| 486 | 2 | 486 | 7 |
| 488 | 18 | 489 | 3 |
| 489 | 15 | 489 | 19 |
| 490 | 16 | 490 | 19 |
| 491 | 2 | 491 | 6 |
| 492 | 6 | 492 | 25 |
| 496 | 9 | 497 | 6 |
| 499 | 15 | 500 | 15 |
| 507 | 20 | 508 | 6 |
| 508 | 11 | 509 | 3 |
| 513 | 3 | 513 | 4 |
| 513 | 7 | 513 | 11 |
| 516 | 9 | 516 | 11 |
| 517 | 12 | 518 | 13 |
| 521 | 11 | 521 | 21 |
| 533 | 6 | 534 | 9 |
| 547 | 6 | 547 | 18 |
| 549 | 2 | 549 | 23 |
| 551 | 16 | 551 | 20 |
| 552 | 21 | 553 | 7 |
| 554 | 14 | 554 | 17 |
| 557 | 14 | 558 | 4 |

DEPOSITION COUNTER DESIGNATION OF

Peter Pianelli

Deutsche Bank counter designates the following testimony from the deposition transcript of Peter Pianelli taken on January 18, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 138 | 1 | 138 | 5 |

DEPOSITION COUNTER DESIGNATION OF

Timothy Reid

Deutsche Bank counter designates the following testimony from the deposition transcript of Timothy Reid taken on October 19, 2004:

| Page | Line | Through Page | Line |
|---|---|---|---|
| 54 | 3 | 55 | 22 |
| 56 | 12 | 57 | 18 |
| 137 | 5 | 138 | 4 |

DEPOSITION COUNTER DESIGNATION OF

Donald Reller

Deutsche Bank counter designates the following testimony from the deposition transcript of Donald Reller taken on May 29, 2002:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 66 | 18 | 67 | 9 |

DEPOSITION COUNTER DESIGNATION OF

Mike Riley

Deutsche Bank counter designates the following testimony from the deposition transcript of Mike Riley taken on May 16, 2001:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 8 | 18 | 9 | 8 |
| 12 | 1 | 12 | 6 |
| 16 | 18 | 18 | 13 |
| 34 | 22 | 35 | 1 |

DEPOSITION COUNTER DESIGNATION OF

Richard Anthony Rinella, Jr.

Deutsche Bank counter designates the following testimony from the deposition
transcript of Richard Anthony Rinella taken on June 23, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 30 | 8 | 30 | 14 |
| 31 | 1 | 31 | 5 |
| 32 | 18 | 33 | 1 |
| 38 | 14 | 38 | 21 |
| 42 | 4 | 43 | 13 |
| 44 | 22 | 46 | 24 |
| 61 | 16 | 62 | 15 |
| 63 | 11 | 63 | 15 |
| 71 | 5 | 71 | 10 |
| 71 | 24 | 72 | 7 |
| 76 | 17 | 76 | 24 |
| 78 | 9 | 78 | 17 |
| 81 | 19 | 82 | 1 |
| 82 | 18 | 83 | 9 |
| 96 | 14 | 96 | 19 |
| 98 | 5 | 101 | 20 |
| 103 | 23 | 104 | 1 |
| 120 | 7 | 120 | 11 |
| 128 | 18 | 129 | 10 |
| 137 | 2 | 137 | 21 |
| 165 | 8 | 165 | 12 |
| 168 | 16 | 169 | 16 |
| 200 | 9 | 200 | 14 |
| 212 | 15 | 212 | 20 |
| 214 | 1 | 214 | 5 |
| 214 | 24 | 215 | 3 |
| 241 | 24 | 252 | 24 |
| 257 | 5 | 257 | 21 |
| 258 | 1 | 259 | 4 |
| 260 | 7 | 260 | 13 |
| 261 | 9 | 261 | 19 |
| 262 | 3 | 263 | 1 |
| 264 | 5 | 265 | 6 |

DEPOSITION COUNTER DESIGNATION OF

Kathy Rocklen

Deutsche Bank counter designates the following testimony from the deposition
transcript of Kathy Rocklen taken on October 21, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 98 | 25 | 99 | 9 |

DEPOSITION COUNTER DESIGNATION OF

Kathy Rocklen

Deutsche Bank counter designates the following testimony from the deposition transcript of Kathy Rocklen taken on November 18, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 382 | 6 | 383 | 15 |
| 384 | 18 | 384 | 23 |

DEPOSITION COUNTER DESIGNATION OF

Jack Rosenfield

Deutsche Bank counter designates the following testimony from the deposition transcript of Jack Rosenfield taken on January 25, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 187 | 1 | 188 | 9 |

DEPOSITION COUNTER DESIGNATION OF

Paul Savage

Deutsche Bank counter designates the following testimony from the deposition transcript of Paul Savage taken on February 2, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 159 | 8 | 159 | 19 |

DEPOSITION COUNTER DESIGNATION OF

James Smith

Deutsche Bank counter designates the following testimony from the deposition transcript of James Smith taken on June 12, 2003:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 73 | 24 | 76 | 9 |
| 178 | 19 | 181 | 9 |

DEPOSITION COUNTER DESIGNATION OF

James Smith

Deutsche Bank counter designates the following testimony from the deposition
transcript of James Smith taken on December 18, 2003:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 118 | 20 | 121 | 5 |
| 122 | 1 | 123 | 17 |
| 158 | 23 | 159 | 18 |

DEPOSITION COUNTER DESIGNATION OF
James Smith

Deutsche Bank counter designates the following testimony from the deposition
transcript of James Smith taken on May 19, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 210 | 3 | 210 | 24 |
| 211 | 24 | 212 | 11 |

DEPOSITION COUNTER DESIGNATION OF

James Smith

Deutsche Bank counter designates the following testimony from the deposition transcript of James Smith taken on May 20, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 492 | 16 | 493 | 19 |
| 502 | 2 | 502 | 8 |
| 510 | 9 | 510 | 17 |
| 571 | 4 | 571 | 9 |
| 593 | 5 | 593 | 9 |
| 663 | 21 | 665 | 24 |

DEPOSITION COUNTER DESIGNATION OF

Joseph South

Deutsche Bank counter designates the following testimony from the deposition transcript of Joseph South taken on February 1, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 120 | 8 | 120 | 24 |
| 147 | 13 | 149 | 2 |
| 150 | 23 | 159 | 19 |
| 163 | 4 | 163 | 21 |
| 179 | 10 | 182 | 21 |
| 183 | 12 | 187 | 16 |
| 233 | 18 | 234 | 4 |
| 235 | 2 | 235 | 14 |
| 236 | 17 | 236 | 24 |
| 252 | 18 | 253 | 24 |
| 266 | 15 | 269 | 11 |

DEPOSITION COUNTER DESIGNATION OF

Cindy Stuy

Deutsche Bank counter designates the following testimony from the deposition
transcript of Cindy Stuy taken on December 16, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 16 | 16 | 16 | 18 |
| 45 | 2 | 47 | 17 |
| 51 | 9 | 52 | 11 |
| 59 | 24 | 60 | 3 |
| 73 | 9 | 73 | 13 |
| 103 | 16 | 104 | 12 |
| 109 | 7 | 109 | 18 |
| 157 | 2 | 57 | 22 |

DEPOSITION COUNTER DESIGNATION OF

Beryl Sylvester

Deutsche Bank counter designates the following testimony from the deposition
transcript of Beryl Sylvester taken on February 12, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 14 | 11 | 14 | 19 |
| 17 | 16 | 18 | 7 |
| 41 | 11 | 42 | 10 |
| 58 | 15 | 58 | 24 |
| 63 | 12 | 64 | 8 |
| 68 | 11 | 68 | 13 |
| 70 | 23 | 71 | 2 |
| 84 | 9 | 85 | 7 |
| 98 | 25 | 99 | 5 |

DEPOSITION COUNTER DESIGNATION OF

Rohit Tiwari

Deutsche Bank counter designates the following testimony from the deposition
transcript of Rohit Tiwari taken on April 15, 2005:

| <u>Page</u> | <u>Line</u> | <u>Through Page</u> | <u>Line</u> |
|------|------|--------------|------|
| 33 | 18 | 34 | 12 |
| 39 | 19 | 40 | 19 |
| 47 | 13 | 48 | 8 |
| 54 | 14 | 58 | 10 |
| 58 | 23 | 59 | 18 |
| 67 | 11 | 67 | 24 |
| 82 | 18 | 85 | 11 |
| 181 | 2 | 187 | 23 |
| 190 | 15 | 192 | 21 |
| 234 | 9 | 239 | 9 |
| 250 | 23 | 252 | 6 |
| 274 | 5 | 277 | 7 |
| 278 | 25 | 290 | 3 |

DEPOSITION COUNTER DESIGNATION OF

Paul Varey

Deutsche Bank counter designates the following testimony from the deposition
transcript of Paul Varey taken on January 14, 2005:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 124 | 15 | 125 | 1 |

DEPOSITION COUNTER DESIGNATION OF

Anthony Vignali

Deutsche Bank counter designates the following testimony from the deposition transcript of Anthony Vignali taken on November 1, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 15 | 11 | 15 | 14 |

DEPOSITION COUNTER DESIGNATION OF

Janine Louise Wait

Deutsche Bank counter designates the following testimony from the deposition
transcript of Janine Louise Wait taken on December 15, 2004:

| Page | Line | Through Page | Line |
|------|------|--------------|------|
| 20 | 23 | 21 | 14 |
| 51 | 6 | 51 | 19 |

2376819 v01 11/15/2005