**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| James P. Stephenson, in his capacity as trustee for the estate of MJK Clearing, Inc., | ) ) ) | Civil No. 02-4845 RHK/AJB |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Deutsche Bank AG et al., | ) ) | |
| Defendants. | ) ) | |
| Ferris, Baker Watts, Inc., | ) ) | Civil No. 02-3682 RHK/AJB |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Deutsche Bank Securities Limited, et al., | ) ) | |
| Defendants. | ) ) | |
| E*Trade Securities LLC, | ) ) | Civil No. 02-3711 RHK/AJB |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Deutsche Bank AG et al., | ) ) | |
| Defendants. | ) ) | |
| Wedbush Morgan Securities, Inc., | ) ) | Civil No. 03-5198 RHK/AJB |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Deutsche Bank AG, et al., | ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| E*Trade Securities, Inc., | ) Civil No. 03-5311 RHK/AJB |
| Plaintiff, | ) |
| vs. | ) |
| Nomura Canada, Inc. et al., | ) |
| Defendants. | ) |
| CIBC World Markets, Inc. | ) Civil No. 04-1469 RHK/AJB |
| Plaintiff, | ) |
| vs. | ) |
| Deutsche Bank Securities, Inc. et al., | ) |
| Defendants. | ) |

The Court hereby orders the following:

1. All motions for default judgment and motions to set aside default judgments in the above-captioned matters shall be heard by this Court on August 22, 2006, at 9:00 a.m. The briefing schedule for the motions shall be in accordance with Local Rule 7.1(b) as follows:

| | |
|---|---|
| Opening memoranda of law: | **Monday, July 10, 2006** |
| Responsive memoranda of law: | **Wednesday, August 2, 2006** |
| Reply memoranda of law: | **August 10, 2006** |

2. The Court's jurisdiction in the above-captioned matters will be extended to October 1, 2006.

IT IS SO ORDERED:

Dated: 7/6/06

                                                   S/Richard H. Kyle
                                                   Richard H. Kyle
                                                   United States District Court Judge