# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| FERRIS, BAKER WATTS, INC., | ) | Civil No. 02-3682 (RHK/AJB) |
|  | ) |  |
| Plaintiff, | ) | **ORDER** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| DEUTSCHE BANK SECURITIES LTD., et al., | ) ) |  |
| Defendants. | ) |  |
|  | ) |  |

BASED UPON THE STIPULATION (Doc. No. 989), **IT IS ORDERED** that all claims by Ferris, Baker Watts, Inc. against James Smith in the above-entitled action are hereby **DISMISSED WITH PREJUDICE** without further costs, disbursements or attorneys' fees to any party.

Dated:  September 8, 2006               s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge