**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| James P. Stephenson, in his capacity as trustee for the estate of MJK Clearing, Inc., | **DISQUALIFICATION AND ORDER FOR REASSIGNMENT** |
| Plaintiff, | |
| -v- | Civil No. 02-4845 (RHK/AJB) |
| Deutsche Bank AG et al., | |
| Defendants. | |

-------------------------------------------------------------------------

| | |
|---|---|
| Ferris, Baker Watts, Inc., | |
| Plaintiff, | |
| - v.- | Civ. No. 02-3682 (RHK/AJB) |
| Deutsche Bank Securities Limited, et al., | |
| Defendants. | |

-------------------------------------------------------------------------

| | |
|---|---|
| E*Trade Securities LLC, | |
| Plaintiff, | |
| - v.- | Civ. No. 02-3711 (RHK/AJB) |
| Deutsche Bank AG, et al., | |
| Defendants. | |

-------------------------------------------------------------------------

Wedbush Morgan Securities, Inc.,

                                        Plaintiff,                  Civil No. 03-5198 (RHK/AJB)

           -v.-

Deutsche Bank AG et al.,

                                        Defendants.

--------------------------------------------------------------------------

CIBC World Markets, Inc.,

                                        Plaintiff,

           - v.-                                  Civ. No. 04-1469 (RHK/AJB)

Deutsche Bank Securities, Inc., et al.,

                                        Defendants.

--------------------------------------------------------------------------

Stockwalk Group, Inc.,

                                        Plaintiff,

           - v.-                                  Civ. No. 04-4164 (RHK/AJB)

Deutsche Bank AG, et al.,

                                        Defendants.

--------------------------------------------------------------------------

E*Trade Securities LLC, as assignee of Fiserv Securities, Inc.,

                              Plaintiff,

               - v.-                                                            Civ. No. 03-5311 (RHK/AJB)

Nomura Canada, Inc., et al.,

                              Defendants.

_____

      The above-entitled matters have been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing these matters.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned actions shall be resubmitted to the Clerk of Court for reassignment from the Securities List.  Because the above cases have been classified as "related," the reassignments shall be to the same District Judge for each of the cases.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in each of the above-captioned cases.

Dated:  September 12, 2006

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge